NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IGNITE USA, LLC,**
*Appellant*

**v.**

**PACIFIC MARKET INTERNATIONAL, LLC,**
*Appellee*

———————————

2018-1793

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01584.

———————————

**JUDGMENT**

———————————

STEPHEN M. SCHAETZEL, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for appellant. Also represented by JESSICA ANN KEESEE, WARREN JAMES THOMAS.

ANTON N. HANDAL, Greenspoon Marder LLP, San Diego, CA, argued for appellee. Also represented by GEORGE CHARLES RONDEAU, JR., Davis Wright Tremaine LLP, Seattle, WA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and CLEVENGER, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2019        /s/ Peter R. Marksteiner
Date               Peter R. Marksteiner
                 Clerk of Court